UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CV-22873-COOKE/O'SULLIVAN

FUND-EQ, JCA, LLC, a series of
FORGE INVESTMENTS, LLC,
f/k/a EQUIDATE INVESTMENTS, LLC,
et al.,
    Plaintiffs,
v.

JULIAN TARGOWSKI,

    Defendant.
                               /

## REPORT AND RECOMMENDATION

      THIS MATTER came before the Court on the parties' Agreed Motion for Entry of Preliminary Injunction regarding Share Transfer and Stipulation (DE# 39, 9/24/21). This matter was referred to Chief United States Magistrate Judge John J. O'Sullivan by the Honorable Marcia G. Cooke, United States District Court Judge for the Southern District of Florida pursuant to 28 U.S.C. § 636(b) (DE# 2, 8/6/21). Having reviewed the agreed motion and stipulation, it is respectfully recommended that the parties' Agreed Motion for Entry of Preliminary Injunction regarding Share Transfer and Stipulation (DE# 39, 9/24/21) be GRANTED and the parties' proposed order (DE# 39-1, 9/24/21) be entered.

      The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Marcia G. Cooke, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-1192 (11th Cir. 2020); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

      RESPECTFULLY SUBMITTED at the United States Courthouse in Miami,

Florida, this __27th__ day of September, 2021.

*[signature]*

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE