UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-22873-Civ-COOKE/O'SULLIVAN

FUND-EQ, JCA, LLC, a series of FORGE
INVESTMENTS, LLC, f/k/a EQUIDATE
INVESTMENTS, LLC; FUND EQ-RRA, LLC,
a series of FORGE INVESTMENTS, LLC,
f/k/a EQUIDATE INVESTMENTS, LLC;
and FUND EQ-RGH, LLC, a series of FORGE
INVESTMENTS, LLC, f/k/a EQUIDATE
INVESTMENTS, LLC.

Plaintiffs,

v.

JULIAN TARGOWSKI,

Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon the Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 40 regarding the Parties' Agreed Motion for Entry of Preliminary Injunction Regarding Share Transfer and Stipulation (the "Motion") (ECF No. 40).

In his R&R, Judge O'Sullivan recommended that the Motion be granted and that the Parties' proposed order be entered. ECF No. 40 at p. 1. The Parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling.

Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the Parties' Agreed Motion for Entry of Preliminary Injunction Regarding Share Transfer and Stipulation (ECF No. 40) is **GRANTED**. The Court will enter the Parties' requested injunction by separate order.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*